# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**J. TODD MASTRY**                                                                   **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO: 3:25-CV-036-JDM-RP**

**DESOTO COUNTY BOARD OF SUPERVISORS, et al.**           **DEFENDANTS**

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge James D. Maxwell II on February 3, 2026. Judge Maxwell, on his own motion, hereby RECUSES himself from this cause.

It is ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

THIS the 4th day of February 2026.

                                                                        /s/ James D. Maxwell II
                                                                        UNITED STATES DISTRICT JUDGE
                                                                        NORTHERN DISTRICT OF MISSISSIPPI